THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON J. ELLISON, Appellant. [753 NYS2d 922] —Appeal from a judgment of Supreme Court, Monroe County (Fisher, J.), entered June 19, 2001, convicting defendant after a nonjury trial of sodomy in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him of sodomy in the first degree (Penal Law former § 130.50 [1]). Contrary to defendant's contention, the verdict is not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490, 495). The credibility of the victim is an issue for the factfinder to resolve, and we cannot conclude that the factfinder failed to give the evidence the weight it should be accorded (*see id.*). The sentence is not unduly harsh or severe. Present—Pigott, Jr., P.J., Green, Scudder, Gorski and Lawton, JJ.